HENRY T. JONES, Respondent, *v.* THE COMMERCIAL TRAVELERS' MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

*Jones* v. *Commercial Travelers' Mut. Acc. Assn.,* 134 App. Div. 936, modified.
(Argued February 23, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside for fraud a settlement under a policy of accident insurance, to recover an amount due thereunder, and to enjoin defendant from canceling the same.

*Eliphalet W. Tyler* and *Henry B. Singer* for appellant.

*William A. Wight* for respondent.

Judgment modified by striking therefrom the provision awarding the injunction, and as modified affirmed, without costs to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.   Absent: HAIGHT, J.